UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-9331-KK-PVCx** | Date: | January 25, 2024 |
|---|---|---|---|
| Title: | *Lorraine Calzada v. Costco Wholesale Corporation* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed For Failure to Comply with Court Orders

On March 19, 2021, plaintiff Lorraine Calzada ("Plaintiff") filed a Complaint against defendant Costco Wholesale Corporation ("Defendant") in Los Angeles Superior Court. ECF Docket No. ("Dkt.") 5, Ex. A. On November 23, 2021, Defendant filed an Answer. Id. at Ex. C. The action was removed to this Court on December 2, 2021. Id. at 1.

On December 7, 2023, the parties filed a Joint Case Management Statement wherein the parties stated they "ha[d] met and conferred and are willing to submit to a magistrate [judge]." Dkt. 31 at 5. On December 19, 2023, the Court ordered the parties to file Form CV-11D consenting to proceed before a magistrate judge no later than January 5, 2024. However, the Court has not received a Form CV-11D. The parties are therefore in violation of the Court's December 19, 2023 Order.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** in writing no later than **February 1, 2024** why sanctions should not be imposed for failure to comply with Court orders. Alternatively, the parties may file their Form CV-11D, as originally ordered, by that date to discharge this Order.

**IT IS SO ORDERED.**